UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
ERIC HANSEN,                        )
                                    )
            Plaintiff,              )
                                    )
v.                                  )
                                    )   Civil Action No. _____
RHODE ISLAND'S ONLY 24 HOUR         )
TRUCK & AUTO PLAZA, INC., LANTIC    )
ENERGY, LLC a/k/a LANTIC GREEN      )
ENERGY, BEST NEW ENGLAND, INC.,     )
and THOMAS A. GOTAUCO,              )
                                    )
            Defendants,             )
 and                                )
                                    )
HEMENWAY & BARNES, LLP,             )
                                    )
            Party-in-Interest.      )
_____)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Eric Hansen ("Plaintiff" or "Hansen") hereby moves for leave to file the Complaint under seal. This is an action about a breach of a purchase and sale contract, among other claims. Plaintiff, however, has signed a Confidential Non-Disclosure Agreement (the "Non-Disclosure Agreement") providing that he shall not disclose any information received about this purchase and even the contents of this purchase. Since the terms of the Non-Disclosure Agreement may expose Plaintiff to liability for the mere filing of a pleading in conformance with the Federal Rules of Civil Procedures, Plaintiff is filing this motion to seal the Complaint.

1

WHEREFORE, Plaintiff Eric Hansen has shown the requisite good cause required by Local Rule 7.2 is requesting that the Court grant leave to file the Complaint under seal until further order of the Court.

ERIC HANSEN,

By his attorneys,

Dated:  March 14, 2012         /s/ Seth W. Brewster_____
                               Seth W. Brewster, BBO No. 551248

Dated:  March 14, 2012         /s/ Keith E. Glidden_____
                               Keith E. Glidden, BBO No.  661142

                               Attorneys for Plaintiff
                               VERRILL DANA, LLP
                               One Boston Place, Suite 2330
                               Boston, Massachusetts  02108
                               (617) 309-2600
                               sbrewster@verrilldana.com
                               kglidden@verrilldana.com