UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC HANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. _____ |
| RHODE ISLAND'S ONLY 24 HOUR | ) |
| TRUCK & AUTO PLAZA, INC., LANTIC | ) |
| ENERGY, LLC a/k/a LANTIC GREEN | ) |
| ENERGY, BEST NEW ENGLAND, INC., | ) |
| and THOMAS A. GOTAUCO, | ) |
| | ) |
| Defendants, | ) |
| and | |
| | ) |
| HEMENWAY & BARNES, LLP, | ) |
| | ) |
| Party-in-Interest. | ) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Eric Hansen ("Plaintiff" or "Hansen") hereby files his memorandum in support of this Motion for leave to file the Complaint under seal. In support of this motion, Plaintiff states as follows:

1. This is an action seeking return of a $250,000 refundable earnest money deposit being held pursuant to both an escrow agreement and a purchase and sale contract between the parties. In particular, Plaintiff entered into these agreements in his attempt to purchase certain assets located in Rhode Island. However, after executing these agreements, Plaintiff discovered that these assets were not what Defendants represented them to be. Defendants have refused to return the $250,000 deposit. Therefore, Plaintiff is seeking damages relating to Defendants'

1

breach of contract, breach of the implied covenant of good faith and dealing, fraud, negligent misrepresentations and violations of Mass. Gen. L c. 93A.

2. The Complaint contains financial facts and statements about Defendants Rhode Island's Only 24 Hour Truck & Auto Plaza, Inc., Lantic Energy, LLC a/k/a Lantic Green Energy, and Best New England, Inc. relevant to the proposed sale to Plaintiff. The factual allegations in the Complaint are necessary to satisfy the pleading requirements under Fed. R. Civ. P. 8(a)(2) and 9(b).

3. On December 3, 2009, however, Plaintiff signed a Confidential Non-Disclosure Agreement (the "Non-Disclosure Agreement") providing that he "shall not disclose to any third person, any information given oral or written, or contents of the purchase whole or in part the Rhode Island's Only 24 Hour Truck & Auto Plaza, Inc. [sic], or any other information received by Eric Hansen."

4. Since the terms of the Non-Disclosure Agreement may expose Plaintiff to liability for the mere filing of a pleading in conformance with the Federal Rules of Civil Procedures, Plaintiff is filing this motion to seal the Complaint.

WHEREFORE, Plaintiff Eric Hansen has shown the requisite good cause required by Local Rule 7.2 is requesting that the Court grant leave to file the Complaint under seal until further order of the Court.

ERIC HANSEN,

By his attorneys,

Dated: March 14, 2012 /s/ Seth W. Brewster
Seth W. Brewster, BBO No. 551248

Dated: March 14, 2012 /s/ Keith E. Glidden
Keith E. Glidden, BBO No. 661142

Attorneys for Plaintiff
VERRILL DANA, LLP
One Boston Place, Suite 2330
Boston, Massachusetts 02108
(617) 309-2600
sbrewster@verrilldana.com
kglidden@verrilldana.com