UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIC HANSEN | : | |
|      Plaintiff, | : | |
| | : | |
|      VS. | : | C.A. No.: 1:12-cv-10477-NMG |
| | : | |
| RHODE ISLAND'S ONLY 24 HOUR TRUCK | : | |
| & AUTO PLAZA, INC., LANTIC ENERGY, | : | |
| LLC a/k/a LANTIC GREEN ENERGY, BEST | : | |
| NEW ENGLAND, INC., and THOMAS | : | |
| GOTAUCO | : | |
|      Defendants, | : | |
| | : | |
| and | : | |
| | : | |
| HEMENWAY & BARNES, LLP | : | |
|      Party-In-Interest. | : | |

## AMENDED ORDER

The matter having come before the Court on the 15th day of July, 2013, on Burns &

Levinson LLP's Attorney's Lien and the Plaintiff, Eric Hansen's Application for Attorney's

Fees, and after hearing thereon, it is hereby:

## ORDERED, ADJUDGED AND DECREED

1. Burns & Levinson LLP's Attorney's Lien is GRANTED;

2. The amount of $5,000.00, plus interest (2 percent of the total Escrow Funds in the original amount of $250,000; one-third of the remaining amount of the Escrow Funds) shall be distributed from the Registry of the Court to Mr. Eric Hansen and Verrill Dana, LLP forthwith; and

3. The amount of $10,000.00, plus interest (4 percent of the total Escrow Funds in the original amount of $250,000; two-thirds of the remaining amount of the Escrow Funds) shall be distributed to Burns & Levinson, LLP ("Burns & Levinson") from the Registry of the Court forthwith.  The funds distributed to Burns & Levinson shall be held until a final Order in the Receivership matter captioned as *Allan M. Shine, Receiver of Drew Oil Corporation v. Rhode Island's Only 24 Hour Truck & Auto Plaza, Inc. and Best New England, Inc.*, KB No. 12-1236 consolidated with *W. Mark Russo, Esq., in and only in his capacity as Permanent Receiver for Rhode Island's Only 24 Hour Truck & Auto Plaza, Inc. and Best New England, Inc. v. Lantic Energy, LLC*, KB No.: 13-0061.

4.  This Order supersedes the Order entered by the Court on July 22, 2013.


Enter as an Order of this Court this _____ day of July, 2013.


BY ORDER:                                                    ENTER:


_____          _____
U.S. District Judge                                          Clerk


Submitted by:


/s/ W. Mark Russo
_____
W. MARK RUSSO (BBO # 554047)
JOHN A. DORSEY (BBO# 679843)
Ferrucci Russo P.C.
55 Pine Street, 4th Floor
Providence, RI  02903
Tel.: (401) 455-1000
Fax: (401) 455-7778
Dated:  July 29th 2013


## CERTIFICATE OF SERVICE

I hereby certify that I have on this 29th day of July, 2013, electronically filed the foregoing document with the Clerk of this Court using the CM-ECF System.  The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

Seth W. Brewster, Esq., (sbrewster@verrilldana.com)
Keith E. Glidden, Esq., (kglidden@verrilldana.com)
Robert Corrente, Esq., (rcorrente@burnslev.com)
John A. Dorsey, Esq, (jdorsey@frlawri.com)


                                                            /s/ W. Mark Russo
                                                            _____


k:\r\rhode island's only 24 hour truck & auto plaza\eric hansen\pleadings\fed ct pleadings\amended order attorney liens (final).docx

4577403